**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHIN PECH CO., LTD.,<br><br>Defendant. | Case No.  2:10-cv-1925-JCM-LRL<br><br>**ORDER**<br>**GRANTING PLAINTIFF'S MOTION**<br>**FOR ENTRY OF DEFAULT JUDGMENT**<br>**AGAINST DEFENDANT** |

The Court, having considered that the Defendant Chin Pech Co., Ltd. ("Chin Pech") has failed to appear or otherwise respond to the Complaint filed and served on November 3, 2010 by Plaintiff Robert Bosch LLC ("Bosch"), that Clerk's Default was entered on January 19, 2011 (D.I. 18), that Bosch's Motion for Default Judgment is currently pending, and for good cause appearing, HEREBY GRANTS judgment by default against Chin Pech and in favor of Bosch.

IT IS FURTHER ORDERED THAT

(1) Chin Pech has infringed one or more of the claims of the United States Patents Nos. 6,523,218, 6,553,607, 6,675,434, 6,836,926, 6,944,905, 6,973,698 and 7,451,520 by making, importing, offering for sale, using, and selling its "beam" or "flat" wiper blades, such as the Rain Box wiper blade products, in violation of the patent laws of the United States.

(2) Chin Pech is permanently enjoined, along with its officers, agents, servants, employees, attorneys, parents, subsidiaries, affiliates, and those persons in active concert or participation with them, from making, using, selling, offering for sale, or importing into the United States, for the remaining terms of the 6,523,218, 6,553,607, 6,675,434, 6,836,926, 6,944,905, 6,973,698 and 7,451,520 patents, any wiper blade products infringing these patents, including, without limitation, the infringing Rain Box wiper blades, and any products that are a mere colorable variation of the same.

. . .

1       (3) The Court retains jurisdiction over the parties to the extent necessary to enforce the

2   terms of this default judgment and the injunctive relief provided herein.

3

4                                           IT IS SO ORDERED.

5

6   _____

7   JAMES C. MAHAN
    United States District Judge

8   Date:_____
                    March 10, 2011

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28